UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NO. 09-13562
HON. PATRICK J. DUGGAN

GWENDOLYN HILL,

       Plaintiff(s),

vs.

DANIELLE A. BASS-SMITH,

       Defendant(s).
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM ELECTRONIC FILING REQUIREMENT

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on September 22, 2009.

This matter is before the Court on Motion for Relief from Electronic Filing Requirement by Douglas Spicer, attorney for the Plaintiff; therefore

IT IS ORDERED that the Motion for Relief from Electronic Filing Requirement be and the same is hereby GRANTED.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: September 22, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 22, 2009, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager