UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWENDOLYN HILL,

    Plaintiff,

vs.      Case No: 2:09-cv-13562

YPSILANTI HOUSING COMMISSION,   Hon. Patrick J. Duggan
DANIELLE A. BASS-SMITH, ALI A.  Mag. Mona K. Majzoub
SHAKOOR and ERIC TEMPLE,
Jointly and Severally,

    Defendants.

_____

**DOUGLAS SPICER P30888 (MI)**    **MATTHEW A. BRAUER P46082**
Attorney for Plaintiff          RUTLEDGE, MANION, RABAUT,
2724 Westview Drive            TERRY & THOMAS, P.C.
Mesquite, TX 75150-3908      Attorney for Defendants
Tel: (734) 340-7208           333 W. Fort Street, #1600
                                  Detroit, MI 48226
                                  Tel: (313) 965-6100
                                  Fax: (313) 965-6558
                                  mbrauer@rmrtt.com

**PAUL WOODS, JR. P63995**
Attorney for Plaintiff
15565 Northland Drive
Suite 504 West
Southfield, MI 48075
Tel: (248) 910-1652
paul_woods44@yahoo.com

_____

## STIPULATION AND ORDER FOR DISMISSAL

    NOW COME the parties, by and through their respective counsel, and hereby stipulate and agree to the dismissal of

Plaintiff's claims against Defendants in their entirety, with prejudice and without costs or fees to any party.

| s/Douglas Spicer | s/Matthew A. Brauer |
|---|---|
| DOUGLAS SPICER P30888 | MATTHEW A. BRAUER P46082 |
| Attorney for Plaintiff | Attorney for Defendants |

**ORDER FOR DISMISSAL**

At a session of said Court held in
the U.S. District Court, Eastern
District, Southern Division, City of
Detroit and State of Michigan,
on: October 12, 2010.

PRESENT:  HON. PATRICK J. DUGGAN

The parties having so stipulated, and the Court being otherwise fully advised in the premises, now, therefore:

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants shall be and hereby are dismissed in their entirety, with prejudice and without costs or fees to any party.

This Order disposes of the last pending claim and closes the case.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: October 12, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 12, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager